IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL LEVON THOMAS                                                        PLAINTIFF

VERSUS                                              CIVIL ACTION NO. 4:07cv92-HTW-LRA

SYMTECH CORP.                                                               DEFENDANT

## ORDER

This cause comes before this court on the plaintiff's response [7] filed October 2, 2007. He states in his response [7] that he did not deliberately ignore the court, but failed to notice the deadline. Additionally, the plaintiff indicates in his civil cover sheet [8] that he is pursuing this matter under Title VII, The Americans with Disabilities Act, and on age discrimination in Employment Act. Therefore, it is clear that this is not a pro-se prisoner § 1983 complaint. Accordingly, it is hereby,

ORDERED:

1. That the plaintiff's response [7] is well taken.

2. That the Clerk is directed to edit the data information and docket to reflect that this is **not** a civil action brought pursuant to 42 U.S.C. § 1983 but is a civil action brought by a pro se litigant pursuant to Title VII, The Americans with Disabilities Act, and on age discrimination in Employment Act.

THIS the 4th day of October, 2007.

                            *s/ Linda R. Anderson*
                            UNITED STATES MAGISTRATE JUDGE