**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

MICHAEL LEVON THOMAS                                                    PLAINTIFF

vs.                                        CIVIL ACTION NO. 4:07-cv-00092 HTW-LRA

SYMTECH CORPORATION                                                  DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United

States Magistrate Judge Linda R. Anderson and the written objection to the proposed

findings and recommendation.  Based upon the evidence therein contained, this court,

having given full consideration to the aforesaid objection, finds the same not well taken.

Therefore, the Report and Recommendation of the United States Magistrate Judge is

hereby adopted as the order of this court.

**SO ORDERED, THIS THE 17thDAY OF JUNE, 2008.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**